IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MITCHELL DWAIN RILEY, JR.**                                                                                                    **PLAINTIFF**

V.                                           **CASE NO. 5:22-CV-5149**

**JOHN OR JANE DOE JAIL STAFF;**
**JOHN OR JANE DOE MEDICAL STAFF; and**
**SERGEANT DIPLICA**                                                                                                         **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on August 23, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Further, the Clerk is **DIRECTED** to place a § 1915(g) strike flag on the case for future judicial consideration. Finally, the Court also finds that an appeal from this dismissal would not be taken in good faith pursuant to § 1915(a)(3).

**IT IS SO ORDERED** on this 12th day of September, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE